IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY HARRISON,   Petitioner,   v.   M.E. SPEARMAN,   Respondent. | No. C 13-4668 WHA (PR)   **JUDGMENT** |

Pursuant to the order of dismissal, judgment is entered in favor of respondent and against petitioner.

**IT IS SO ORDERED.**

Dated: October   30  , 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE